

PENGAD-Bayonne, N. J.

GOVERNMENT EXHIBIT
1

08-06-2021 10:3